The People of the State of New York ex rel. Daniel F. Shea, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Keating* v. *Prendergast* (*ante*, p. 541), decided herewith. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Jane Schaefer, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the negligence of the motorman should have been submitted to the jury. Jenks, P. J., Thomas and Carr, JJ., concurred; Hirschberg and Woodward, JJ., dissented.

Christine Schoffel, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict of the jury as to the negligence of the defendant was against the weight of the evidence. Thomas, Carr and Woodward, JJ., concurred; Rich, J., dissented; Jenks, P. J., not voting.

Abraham Sotsky, Respondent, v. Abraham Cohen, Appellant.— Judgment and order affirmed by default, with costs. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

The Tax Lien Company of New York, Appellant, v. Magdalena Kammann and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

George W. Terhune, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the facts presented required a submission to the jury of the questions of defendant's negligence and the plaintiff's freedom from contributory negligence, as questions of fact. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Henry Hammerstad, Respondent, v. Norwegian News Company, Appellant.— Motion denied, on condition that the appellant pay ten dollars costs, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

The Charles H. Brown Paint Company, Respondent, v. William W. Penfield, Appellant, Impleaded with Charles J. Reinhardt, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.